ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN MATEO ) NO. C 07 2786 MHP
HOTEL, et al. )
 )
         Plaintiffs, )
 ) PLAINTIFF'S CASE
 ) MANAGEMENT STATEMENT AND
    vs. ) REQUEST FOR CONTINUANCE
HOTEL AIRPORT SHUTTLE., COM, LLC, )
et al., ) Date: September 10, 2007
 ) Time: 4:00 p.m.
         Defendant. )
_____ )

Plaintiffs report the status of this case as follows:

The defendants have each been served. Defendants held some preliminary settlement talks with one of plaintiffs' trustees but no resolution was reached.

Plaintiffs have given defendants one week to appear in this matter or a default will be taken. The deadline is September 12, 2007.

Plaintiffs respectfully request a thirty day continuance to see if an appearance will be made in this case.

Respectfully submitted,

Dated: September 4, 2007    ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION

                            By: _____
                            Michael J. Carroll
                            Attorneys for Plaintiffs

PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE    1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On September 4, 2007 I served the within PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Hotel Airport Shuttle. Com, LLC.
Pier 27, The Embarcadero
San Francisco, CA 94111

Bauer's Limousine Services, Inc.
Pier 27, The Embarcadero
San Francisco, CA 94111

Gary S. Bauer
Pier 27, The Embarcadero
San Francisco, CA 94111

Bauer's Transportation
Pier 27, The Embarcadero
San Francisco, CA 94111

☒ By Fax 837-4062 & 522-1600

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2007 at San Francisco, California.

Sharon Eastman