ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN MATEO )    NO. C 07 2786 MHP
HOTEL, et al.                               )
                                   )
                Plaintiff,   )
                               )   ORDER TO CONTINUE CASE
         vs.                  )   MANAGEMENT CONFERENCE
                               )
HOTEL AIRPORT SHUTTLE., COM, LLC,  )
et al.,                              )
                               )
              Defendant.   )
_____)

       IT IS ORDERED that the Case Management Conference in this case originally set for September 10, 2007 be continued to October 8, 2007 at 4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____      _____
                                  Honorable Marilyn H. Patel