1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SAN MATEO )    NO. C 07 2786 MHP
    HOTEL, et al.                      )
12                                     )
                      Plaintiff,       )
13                                     )    ORDER TO CONTINUE CASE
              vs.                      )    MANAGEMENT CONFERENCE
14                                     )
    HOTEL AIRPORT SHUTTLE., COM, LLC,  )
15  et al.,                            )
                                       )
16                    Defendant.       )
    _____)
17

18          IT IS ORDERED that the Case Management Conference in this

19  case originally set for September 10, 2007 be continued to October 8,

20  2007 at 4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue,

21  San Francisco, CA.

22  Dated: September 6, 2007          _____
                                     Honorable Marilyn H. Patel
23
24
25
26
27
28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1