UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SAN MATEO EMPLOYEES, et al. <br><br> Plaintiff, <br><br> vs. <br><br> HOTEL AIRPORT SHUTTLE. COM. LLC, et al. <br><br> Defendant. | NO. C 07 2786 MHP <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5] <br><br> ADR CERTIFICATION |

The parties either:

**X** have not yet reached an agreement to an ADR process, or

___ have tentatively agreed to a settlement conference before a magistrate judge

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Last day to file Joint Case Management Statement: __10/1/05__

Date of Initial Case Management Conference: __10/8/07__

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | FAX No. |
|---|---|---|---|
| Michael J. Carroll | Plaintiff | 415-392-5431 | 415-392-1978 |
| Robert G. Hulteng | Defendant | 415-433-1940 | 415-399-8490 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415)522-4603. Please consult ADR L.R. 3-5(d).*

---

*For court use only:*

**ADR Phone Conference Date:** _____  **Time:** _____ **AM/PM**

For scheduling concerns, call 415-522-2199

Date: _____    _____
                                 **ADR Case Administrator**

NOTICE OF NEED FOR ADR PHONE CONFERENCE/ADR CERTIFICATION      1

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov> discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: 10/3/07

_____
Michael J. Carroll, Attorneys for Plaintiff

Dated: 10/3/07

_____
Robert G. Hulteng            Defendant

NOTICE OF NEED FOR ADR PHONE CONFERENCE/ADR CERTIFICATION        2