```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HOTEL AIRPORT SHUTTLE. COM, LLC., et al.,<br><br>Defendants. | NO.  C 07 2786 MHP<br><br>JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 10/8/07<br>TIME: 4:00 p.m. |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

DESCRIPTION OF THE CASE

1. Defendant HOTEL AIRPORT SHUTTLE. COM, LLC., and the Hotel Employees & Restaurant employees Local Union No. 340 have had a collective bargaining relationship prior to the filing of this action. In February 2006 this defendant ceased operations.

In this lawsuit, Plaintiffs seek to recover withdrawal liability on behalf of the Pension Trust from Hotel Airport Shuttle. Com, LLC. Defendant contends that it made all contributions required by the collective bargaining agreement. Plaintiff contends that the other defendants are part of a "control group" and also liable for

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER        1

1  this obligation.
2
3      2.  The principal factual issues which the parties dispute:
4          a.  The amount of withdrawal liability allegedly
5  owed to Plaintiff Trust.
6          b.  Whether or not defendants are part of a control
7  group.
8      3.  The principal legal issues which the parties dispute:
9          a.  Is there a written agreement in compliance with
10 29 U.S.C.§ 186 and/or U.S.C. § 1145 that provides for contributions
11 to the Plaintiff Trust.
12         b.  Has the plaintiff's actuary complied with the
13 ERISA statutes' terms in compiling defendants' withdrawal liability.
14         c.  Are any defendants members of a control group as
15 a matter of law.
16     4.  The other factual issues [*e.g. service of process,*
17 *personal jurisdiction, subject matter jurisdiction or venue*] which
18 remain unresolved for the reason stated below and how the parties
19 propose to resolve those issues:
20     NONE
21     5.  The parties which have not been served and the reasons:
22     NONE
23     6.  The additional parties which the below-specified
24 parties intend to join and the intended time frame for such joinder:
25     NOT APPLICABLE
26     7.  The following parties consent to assignment of this
27 case to a United States Magistrate Judge for [*court or jury*] trial:
28 Plaintiff consents.

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                    2

ALTERNATIVE DISPUTE RESOLUTION

8. [Please indicate the appropriate response(s).]

☐ The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by (date)_____

☐ The parties have filed a Stipulation and Proposed Order Selecting an ADR process (specify process):_____

☒ The parties filed a Notice of Need for ADR Phone Conference and the phone conference has not yet taken place.

☐ The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is _____

9. Please indicate any other information regarding ADR process or deadline.

DISCLOSURES

10. The parties certify that they have made the following disclosures [*list disclosures of persons, documents, damage computations and insurance agreements*]: Disclosures have not yet been made because defendants' counsel has just appeared in the case this week.

    a.    Persons Disclosed by Plaintiffs:
        (1)  see above
        (2)
        (3)
    b.    Persons Disclosed by Defendants:
        (1)  see above

(2)

(3)

(4)

    c.    Categories of documents disclosed by Plaintiffs:

        (1)   see above

        (2)

        (3)

    d.    Categories of documents disclosed by Defendants:

        (1)   see above

        (2)

    e.    Plaintiffs' damage computation: $35,109.00

## DISCOVERY

11. The parties agree to the following discovery plan [*Describe the plan e.g., Any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery*]:
The parties intend to cooperate in informal discovery, then develop a discovery plan if formal admissions or depositions become necessary.

## TRIAL SCHEDULE

12. The parties request a trial date as follows:
June 2008

13. The parties expect that the trial will last for the following number of days:
Two days.

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER    4

DATED: October 3, 2007

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
    Michael J. Carroll
    Attorneys for Plaintiff

DATED: October 3, 2007

LITTLER MENDELSON

By: _____
    Robert Hulteng
    Attorneys for Defendant

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER            5

CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition the Court orders: [The Court may wish to make additional orders, such as:

    a.  Referral of the parties to court or private ADR process;
    b.  Schedule a further Case Management Conference;
    c.  Schedule the time and content of supplemental disclosures;
    d.  Specially set motions;
    e.  Impose limitations on disclosure or discovery;
    f.  Set time for disclosure of identity, background and opinions of experts;
    g.  Set deadlines for completing fact and expert discovery;
    h.  Set time for parties to meet and confer regarding pretrial submissions;
    i.  Set deadline for hearing motions directed to the merits of the case;
    j.  Set deadline for submission of pretrial material;
    k.  Set date and time for pretrial conference;
    l.  Set a date and time for trial.]

DATED:_____                    _____
                                                               Honorable Marilyn H. Patel