**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,                          No. C 07-02786 MHP

        Plaintiff(s),              **CLERK'S NOTICE**
                                            **(Rescheduling Case Management Conference)**
  v.

HOTEL AIRPORT SHUTTLE,

        Defendant(s).
_____/

     Due to the unavailability of court, the case management conference in this matter currently set for October 8, 2007, is hereby rescheduled to **October 22, 2007, at 4:00 p.m.** The Joint Case Management Statement is due ten days prior to the conference. Plaintiff shall serve this notice on all defendants NOT appearing on the service list.

Richard W. Wieking
Clerk, U.S. District Court

Dated: October 4, 2007                      Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
                                            (415) 522-3140