ROBERT G. HULTENG, Bar No. 071293
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: rhulteng@littler.com

Attorneys for Defendants
HOTEL AIRPORT SHUTTLE. COM, LLC,
BAUER'S LIMOUSINE SERVICE, INC., GARY
S. BAUER INDIVIDUALLY AND DOING
BUSINESS AS BAUER'S TRANSPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST; SHERRI CHIESA, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL AIRPORT SHUTTLE. COM, LLC, a Limited Liability Company, BAUER'S LIMOUSINE SERVICE, INC., a California corporation, GARY S. BAUER individually and doing business as BAUER'S TRANSPORTATION,<br><br>Defendants. | Case No. C 07 2786 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

(NO. C 07 2786 MHP)

1    The undersigned, counsel of record for Hotel Airport Shuttle. Com, LLC, Bauer's Limousine Service, Inc., a California corporation, and Gary S. Bauer individually and doing business as Bauer's Transportation, certifies that the following listed party may have a financial interest in the outcome of this case. These representations are made to enable to Court to evaluate possible disqualifications or recusal.

Local 340 of the San Mateo Hotel Employees and Restaurant Employees represents individuals who potentially have a financial interest in the outcome of this matter. As the legally recognized agent of these individuals, Local 340 represents their interests herein.

Dated: October 4, 2007

ROBERT G. HULTENG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HOTEL AIRPORT SHUTTLE. COM, LLC,
BAUER'S LIMOUSINE SERVICE, INC.,
GARY S. BAUER INDIVIDUALLY AND
DOING BUSINESS AS BAUER'S
TRANSPORTATION

Firmwide:83208007.1 057744.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS                  1.                          (No. C 07 2786 MHP)