**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 22, 2007

Case No.   C 07-2786  MHP                    Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES et al -v- HOTEL AIRPORT SHUTTLE.COM LLC et al

Attorneys:  Plf: Michael Carroll
            Dft: Damon Ott

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Matter continued to 2/11/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior.