ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOTEL AIRPORT SHUTTLE. COM, LLC., et al., <br><br> Defendants. | NO.  C 07 2786 MHP <br><br> CASE MANAGEMENT STATEMENT AND PROPOSED ORDER <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 2/11/08 <br> TIME: 3:00 p.m. |

Plaintiff submits this Case Management Statement and Proposed Order and requests the Court to adopt it as its Case Management Order in this case.

DESCRIPTION OF THE CASE

1.  A brief description of the events underlying the action:  Service was accomplished on July 27, 2007.  An answer has been filed.  Defendant's counsel is withdrawing from the case; but the paperwork has not been completed.  The parties request a continuance to March 3, 2008,  because defendant is making a settlement proposal which will be considered by the Trustees at a meeting on February 19, 2008.

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                    1

1  DATED: February 4, 2008            ERSKINE & TULLEY
2                                     A PROFESSIONAL CORPORATION
3                                     By: _____
4                                     Michael J. Carroll
                                      Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                    2

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On February 4, 2008 I served the within CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Damon Ott
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

Gary Bauer
Pier 27, The Embarcadero
San Francisco, CA 94111

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2008 at San Francisco, CA.

Sharon Eastman

CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                3