1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SAN MATEO )    NO. C 07 2786 MHP
   HOTEL EMPLOYEES, et al.            )
12                                    )
                      Plaintiff,      )
13                                    )   ORDER TO CONTINUE CASE
            vs.                       )   MANAGEMENT CONFERENCE
14                                    )
   HOTEL AIRPORT SHUTTLE. COM, LLC.,  )
15 et al.                             )
                                      )
16                    Defendant.      )
   _____)
17

18         IT IS ORDERED that the Case Management Conference in this

19 case originally set for February 11, 2008 be continued to March 3,

20 2008 at 3:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue,

21 San Francisco, CA.

22 Dated:_____      _____
                                     Judge Marilyn H. Patel
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1