```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al. <br><br> Plaintiff, <br><br> vs. <br><br> HOTEL AIRPORT SHUTTLE. COM, LLC., et al. <br><br> Defendant. | NO. C 07 2786 MHP <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for February 11, 2008 be continued to March 3, 2008 at 3:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 2/6/2008 _____
                                    Judge Marilyn H. Patel

*IT IS SO ORDERED* — Judge Marilyn H. Patel (seal, United States District Court, Northern District of California)

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>                         1