```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL , et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOTEL AIRPORT SHUTTLE., COM, LLC, et al.,<br><br>Defendant. | NO. C 07 2786 MHP<br><br>CASE MANAGEMENT STATEMENT<br><br>CASE MANAGEMENT CONFERENCE<br>Date: March 3, 2008<br>Time: 3:00 p.m. |

Plaintiffs submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.:

DESCRIPTION OF THE CASE

1. A brief description of the events underlying the action: Service was accomplished on July 27, 2007. An answer has been filed. Defendant's counsel is withdrawing from the case; but the paperwork has not been completed. Defendants' settlement proposal was considered by the Trustees at a meeting on February 19, 2008, but the case has not settled.

PLAINTIFF'S CASE MANAGEMENT STATEMENT                                1

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: February 28, 2008 | ERSKINE & TULLEY |
| 3 | A PROFESSIONAL CORPORATION |
| 4 | By: _____ |
| 5 | Michael J. Carroll |
|   | Attorneys for Plaintiffs |

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 28, 2008 I served the within PLAINTIFF'S CASE MANAGEMENT STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Hotel Airport Shuttle. Com, LLC.
Pier 27, The Embarcadero
San Francisco, CA 94111

Bauer's Limousine Services, Inc.
Pier 27, The Embarcadero
San Francisco, CA 94111

Gary S. Bauer
Pier 27, The Embarcadero
San Francisco, CA 94111

Bauer's Transportation
Pier 27, The Embarcadero
San Francisco, CA 94111

☒By Fax 837-4062 & 522-1600
(650) 525-9243

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2008 at San Francisco, California.

_____
Sharon Eastman