LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ROBERT G. HULTENG, Bar No. 071293
DAMON M. OTT, Bar No. 215392
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
HOTEL AIRPORT SHUTTLE.COM, LLC, BAUER'S
LIMOUSINE SERVICE, INC., GARY S. BAUER
individually and dba BAUER'S TRANSPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES PENSION TRUST; SHERRI CHIESA, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL AIRPORT SHUTTLE.COM, LLC, a Limited Liability Company, BAUER'S LIMOUSINE SERVICE, INC., a California corporation, GARY S. BAUER individually and doing business as BAUER'S TRANSPORTATION,<br><br>Defendants. | Case No. C 07 2786 MH<br><br>**DEFENDANTS' PETITION FOR INDIVIDUAL TO PROCEED IN PRO PER** |

COMES NOW Defendants Hotel Airport Shuttle. Com, LLC, Bauer's Limousine Service, Inc., and Gary S. Bauer individually and doing business as Bauer's Transportation, hereby give notice of their intent, subject to approval by the Court, to substitute Gary Bauer (hereinafter "BAUER") to proceed in pro per as counsel of record in place of Robert G. Hulteng and Damon M. Ott of Littler Mendelson for the following reasons:

1. Hotel Airport Shuttle.com is no longer doing business;

PETITION FOR INDIVIDUAL TO PROCEED
IN PRO PER

Case No. C 07 2786 MH

2. The amount in controversy is relatively small and does not warrant the expenditure of legal fees that could potentially exceed the total amount at issue;

3. Defendants, lead by BAUER, are engaged in settlement discussions with plaintiff Local 340 and its counsel in an attempt to informally resolve the matter without significant legal expense incurred by the parties.

Dated: February 28, 2008

_____
DAMON M. OTT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HOTEL AIRPORT SHUTTLE.COM, LLC,
BAUER'S LIMOUSINE SERVICE, INC.,
GARY S. BAUER individually and dba
BAUER'S TRANSPORTATION

Firmwide:84208782.1 057744.1001

(NO. )                                            2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940