**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 3, 2008

Case No.   C 07-2786  MHP          Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES et al -v- HOTEL AIRPORT SHUTTLE.COM LLC et al

Attorneys:  Plf: Michael Carroll
            Dft: Damon Ott, Gary Bauer

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Remaining claims discussed; Defense counsel move to withdraw as counsel of record; Matter referred to ADR Mediation, to be completed within 90 days;

A further status conference set for July 7, 2008 at 3:00 pm, with a joint statement to be filed one week prior.