LAW OFFICES OF
**ERSKINE & TULLEY**
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

May 15, 2008

Honorable Marilyn H. Patel
United States District Court
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Board of Trustees of the San Mateo Hotel Employees, et al.
Vs. Hotel Airport Shuttle. Com LLC, et al.
United States District Court, Action No. C 07 2786 MHP

Dear Judge Patel,

I am pleased to report that we have settled this case. A Stipulation for Judgment is being efiled after this letter.

The amount of the Stipulation will be paid out over 12 months.

Part of the agreement requires that I **not** obtain a Judgment unless there is a default in the payment plan. The reason for this is to protect defendant's credit rating.

When defendant has finished all payments under the plan I will file a dismissal of the case. Both sides request that the Court allow the case to be concluded in this way.

Yours very truly,

Michael J. Carroll

MJC/se
cc: Gary Bauer
    Bauer's Transportation
    Pier 27, The Embarcadero
    San Francisco, CA 94111