ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN MATEO ) NO. C 07 2786 MHP
HOTEL EMPLOYEES, et al.            )
                                   )
              Plaintiff,           )
                                   )
                                   ) DECLARATION OF ATTORNEY
                                   ) MICHAEL J. CARROLL IN
                                   ) SUPPORT OF AMENDED ORDER
         vs.                       ) OF DISMISSAL
                                   )
HOTEL AIRPORT SHUTTLE. COM, LLC.,  )
et al.                             )
                                   )
              Defendant.           )
_____)

      I Michael J. Carroll declare,

      I am one of the attorneys for plaintiffs in this action.

      The parties filed a Stipulation for Judgment which settled this case.  It calls for twelve monthly installment payments.  The Court filed a Conditional 90 day dismissal on May 16, 2008.

      The defendants have sent me twelve checks, eleven of which are postdated, to be held by me, and cashed each month as the date on the check becomes current.  The last check is dated April 2009.

      I certify that the defendants will not complete settlement of this case within the 90 days required by the conditional dismissal

1 | now on file.

2 |     Plaintiffs respectfully request that the Amended Order of
3 | Dismissal submitted herewith be entered by the Court, so the time
4 | period matches the post dated checks.

5 |     I declare under penalty of perjury that the foregoing is
6 | true and correct to the best of my knowledge.

7 |     Executed on May 20, 2008 at San Francisco, California.

                        Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF AMENDED ORDER OF DISMISSAL    2