ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al. | ) ) | NO. C 07 2786 MHP |
| Plaintiff, | ) ) | |
| vs. | ) ) | (PROPOSED) AMENDED ORDER OF DISMISSAL |
| HOTEL AIRPORT SHUTTLE. COM, LLC., et al. | ) ) ) | |
| Defendant. | ) ) | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy on opposing counsel, within 245 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and action shall be restored to the calendar to be set for trial.

Dated:_____        _____
                                 Judge Marilyn H. Patel