1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SAN MATEO )    NO. C 07 2786 MHP
   HOTEL EMPLOYEES, et al.            )
12                                    )
                         Plaintiff,   )
13                                    )    (PROPOSED) AMENDED
            vs.                       )    ORDER OF DISMISSAL
14                                    )
   HOTEL AIRPORT SHUTTLE. COM, LLC.,  )
15 et al.                             )
                                      )
16                       Defendant.   )
   _____)
17

18       The parties hereto, by their counsel, having advised the

19 Court that they have agreed to a settlement of this action.

20       IT IS HEREBY ORDERED that this action is dismissed with

21 prejudice; provided, however, that if any party hereto shall certify

22 to this Court, with proof of service of a copy on opposing counsel,

23 within 245 days from the date hereof, that the agreed consideration

24 for the settlement has not been delivered over, this Order shall stand

25 vacated, and action shall be restored to the calendar to be set for

26 trial.

27 Dated: 5/22/2008 _____    _____
                                        Judge IT IS SO ORDERED
28

   (PROPOSED) AMENDED ORDER OF DISMISSAL

IT IS SO ORDERED
Judge Marilyn H. Patel